UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-8743-CIV-RYSKAMP/SNOW

CARLOS SHAW,

        Petitioner,

v.

UNITED STATES OF AMERICA,

        Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes upon the report and recommendation of Magistrate Judge Lurana S. Snow **[DE 76]**, filed on May 8, 2009 regarding petitioner's motions for leave of court to amend the ineffective assistance of appellate counsel claim **[DE 58]** and to reopen the 2255 proceedings to address and adjudicate the underlying claim of ineffective assistance of appellate counsel **[DE 59]** both filed on October 16, 2008. After consideration of the record, Judge Snow recommended that this Court deny the motions Petitioner objected to the report **[DE 77]**, filed on May 27, 2009.

After a *de novo* review of the entire record, including the report and recommendation, petitioner's objections, and being otherwise fully advised in the premises, this Court adopts Judge Snow's report. It is hereby,

ORDERED AND ADJUDGED that:

(1)    The Report and Recommendation **[DE 76]** be, and the same hereby is, RATIFIED, AFFIRMED and APPROVED in its entirety;

(2)    Petitioner's motions for leave of court to amend the ineffective assistance of appellate counsel claim **[DE 58]** and to reopen the 2255 proceedings to address and adjudicate the underlying

claim of ineffective assistance of appellate counsel **[DE 59]** are DENIED.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 29 day of May, 2009.

KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

Copies provided:
Magistrate Judge Lurana S. Snow
All counsel of record
Carlos E. Shaw, *pro se*